**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Roberto DIAZ, Defendant–Appellant.**

No. 06–11134

United States Court of Appeals,
Eleventh Circuit.

June 6, 2007.

Thomas John Butler, Thomas Butler, P.A., Miami Beach, FL, for Defendant–Appellant.

---

Jeanne Marie Mullenhoff, Anne R. Schultz, U.S. Attorney's Office, Dawn Bowen, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, CARNES and HULL, Circuit Judges.

BY THE COURT:

Given the lack of merit in the issue identified in Appellant's initial merits brief as originally filed and the absence of any plain error in the district court's acceptance of Appellant's guilty plea, we find it unnecessary to reach the motions filed by Appellant's counsel in a belated attempt to withdraw pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). The district court's judgment is **AFFIRMED**, and all pending motions are **DENIED AS MOOT**.